PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: NICKERSON, Hakeem                     Cr.: 09-00324-001
                                                        PACTS Number: 53263

Name of Sentencing Judicial Officer: The Honorable William H. Walls, Sr. U.S.D.J.

Date of Original Sentence: 04/20/2010

Original Offense: Conspiracy to Distribute a Controlled Substance

Original Sentence: 12 months plus 1 day imprisonment; 3 years supervised release; $100 special assessment. Special conditions: 1) drug urinalysis / treatment; 2) no street-gang association; and 3) DNA collection.

Type of Supervision: Supervised Release                 Date Supervision Commenced: 05/04/2011

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition:

RESIDENTIAL REENTRY CENTER PLACEMENT (1 month WITH weekend privileges)

You shall reside for a period of one (1) month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges. You shall pay subsistence as required by the program.

## CAUSE

On July 5, 2011, Nickerson submitted a urinalysis specimen that tested positive for marijuana. On August 3, 2011, he was arrested by the Irvington Police Department after a record check revealed numerous open traffic warrants. These warrants pre-dated the commencement of supervision, but he failed to report this contact with law enforcement to Probation accordingly. Lastly, Nickerson associated with a convicted felon without Probation's permission.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.

Date: 09/26/2011

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition:

RESIDENTIAL REENTRY CENTER PLACEMENT (1 month WITH weekend privileges)

You shall reside for a period of one (1) month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges. You shall pay subsistence as required by the program.

Witness: _____
U.S. Probation Officer

Signed: _____
Supervised Releasee
Hakeem Nickerson

9-13-2011
DATE